# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| FRONTIER HOME HEALTH AND HOSPICE, LLC, | ) ) ) | Case No. 3:15-cv-00490 (AVC) |
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) |  |
| AMEDISYS HOLDING, L.L.C., AMEDISYS IDAHO, L.L.C., and AMEDISYS, INC., | ) ) ) ) ) | January 3, 2017 |
| Defendants. | ) ) |  |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Frontier Home Health and Hospice, LLC and defendants Amedisys Holding, LLC, Amedisys Idaho, LLC, and Amedisys, Inc. hereby stipulate that this action, and all claims asserted therein, shall be dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees and all rights of appeal waived.

Respectfully submitted,

| | |
|---|---|
| /s/ Jenny R. Chou | /s/ Brian K. French |
| Jenny R. Chou (ct28201) | Brian K. French (phv08373) |
| James I. Glasser (ct07221) | Brian T. Kelly (phv08374) |
| WIGGIN AND DANA LLP | NIXON PEABODY LLP |
| One Century Tower | 100 Summer Street |
| New Haven, Connecticut 06508 | Boston, Massachusetts 02110 |
| Tel: (203) 498-4400 | Tel: (617) 345-1258 |
| Fax: (203) 782-2889 | Fax: (866) 507-5858 |
| jglasser@wiggin.com | bkelly@nixonpeabody.com |
| jchou@wiggin.com | bfrench@nixonpeabody.com |
| | |
| *Attorneys for Plaintiff Frontier Home Health and Hospice, LLC* | and |

2

        Patrick M. Fahey (ct13862)
        Diane C. Polletta (ct27863)
        SHIPMAN & GOODWIN LLP
        300 Atlantic Avenue, 3rd Floor
        Stamford, Connecticut 06901
        Tel:  (203) 324-8100
        Fax:  (203) 324-8199
        pfahey@goodwin.com
        dpolletta@goodwin.com

*Attorneys for Defendants Amedisys Holding, LLC, Amedisys Idaho, LLC, and Amedisys, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          */s/  Jenny R. Chou*
                                            Jenny R. Chou